

Dale Wainwright, Co-Chair
National Appeals & Legal Issues
Tel 512.320.7226
Fax 512.320.7210
Dale.wainwright@gtlaw.com

ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/26/2025 3:22 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

3/26/2025 3:22:58 PM
CHRISTOPHER A. PRINE
Clerk

March 26, 2025

Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

***Via Electronic Filing***

Re:  Cause No. 15-25-00020-CV, *Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP v. Safelease Insurance Services, LLC*

Dear Mr. Prine:

I write to inform the Court that the appellate record is not yet complete, and that it would therefore be premature to start the deadlines for appellate briefing.

On February 19, 2025, the business court signed the Order Granting Temporary Injunction. On February 25, Defendants/Appellants filed their notice of appeal of that order, as well as their request for preparation of the clerk's record.

Since that time, there have been several filings in the business court that are important to this appeal, including a signed Amended Order Granting Temporary Injunction, an order clarifying the meaning of the Amended Order Granting Temporary Injunction, an Agreed Protective Order & Temporary Sealing Order, and an Amended Temporary Sealing Order. None of the filings cited in this paragraph are included in the clerk's record that was filed on March 7. In addition, the parties have not yet resolved which

**Greenberg Traurig, LLP | Attorneys at Law**

300 West 6th Street | Suite 2050 | Austin, TX 78701 | T +1 512.320.7200 | F +1 512.320.7210

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: Greenberg Traurig Germany, LLP; A separate UK registered legal entity; Greenberg Traurig, S.C.; Greenberg Traurig Santa Maria; Greenberg Traurig LLP Foreign Legal Consultant Office; A branch of Greenberg Traurig, P.A., Florida, USA; GT Tokyo Horitsu Jimusho; Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

portions of the record should be permanently sealed. We anticipate a hearing next month on the question of permanently sealing portions of the record and subsequent issuance of an order.

The Appellants' Brief will need to cite to documents that are not yet in the appellate record and doing so, of course, facilitates the Court's review of pertinent portions of the record.

Appellants will promptly advise the Court of issuance of the permanent sealing order. Appellants will also file in the business court a request for a supplemental clerk's record.

Best Regards,

*/s/ Dale Wainwright*
Dale Wainwright
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served to all attorneys of record, in compliance with Rule 21a of the Texas Rules of Civil Procedure, on March 26, 2025.

*/s/ Dale Wainwright*
Dale Wainwright

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 98927157
Filing Code Description: Letter
Filing Description: Letter RE Incomplete Record
Status as of 3/26/2025 3:32 PM CST

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 3/26/2025 3:22:58 PM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 3/26/2025 3:22:58 PM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 3/26/2025 3:22:58 PM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 3/26/2025 3:22:58 PM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 3/26/2025 3:22:58 PM | SENT |
| Lakshmi Kumar | | lkumar@porterhedges.com | 3/26/2025 3:22:58 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 3/26/2025 3:22:58 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 3/26/2025 3:22:58 PM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 3/26/2025 3:22:58 PM | SENT |

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Yetter Coleman | | efile@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 3/26/2025 3:22:58 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 3/26/2025 3:22:58 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 3/26/2025 3:22:58 PM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 3/26/2025 3:22:58 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 98927157
Filing Code Description: Letter
Filing Description: Letter RE Incomplete Record
Status as of 3/26/2025 3:32 PM CST

Associated Case Party: SafeLease Insurance Services, LLC

| | | | | |
|---|---|---|---|---|
| R. Paul Yetter | | pyetter@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |
| Delonda Dean | | ddean@yettercoleman.com | 3/26/2025 3:22:58 PM | SENT |